IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA LITTLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CV 2122 |
| v. | ) | |
| | ) | Judge Conlon |
| | ) | Magistrate Valdez |
| OPTION ONE MORTGAGE CORPORATION; | ) | |
| OPTION ONE MORTGAGE SERVICES, INC. and | ) | |
| DOES 1-5, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME FOR OPTION ONE MORTGAGE CORPORATION AND OPTION ONE MORTGAGE SERVICES, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

NOW COME Option One Mortgage Corporation and Option One Mortgage Services, Inc. ("*Option One Defendants*") by their attorneys, Chapman and Cutler LLP, and respectfully submit their motion for an extension of time to answer or otherwise respond to the Plaintiff's Complaint.

1. Option One Defendants seek a 28-day extension to June 9, 2008 to answer or otherwise respond to Plaintiff's Complaint.

2. Option One Defendants have just recently retained counsel and require additional time to investigate the facts and circumstances surrounding the claims in the Plaintiff's Complaint.

3. Plaintiff does not oppose this request for an extension.

4. This is Option One Defendants' first request for an extension of time.

2434725.01.02.doc

- 2 -

WHEREFORE, Option One Mortgage Corporation and Option One Mortgage Services, Inc. respectfully request that the Court grant its motion for an extension of time to answer or otherwise respond to the Plaintiff's Complaint until June 9, 2008.

Dated: May 12, 2008.

                                        Respectfully submitted,

                                        OPTION ONE MORTGAGE CORPORATION and
                                        OPTION ONE MORTGAGE SERVICES, INC.

                                        By _____ /s/ *Stephen Todd Sipe*_____
                                                    One of Their Attorneys

Dianne E. Rist
S. Todd Sipe
Chapman and Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 12, 2008, a copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME FOR OPTION ONE MORTGAGE CORPORATION AND OPTION ONE MORTGAGE SERVICES, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Al Hofeld Jr.
LAW OFFICES OF AL HOFELD JR,, LLC
208 S. LaSalle Street, Suite #1650
Chicago, Illinois 60604

          /s/ *Stephen Todd Sipe*          
S. Todd Sipe