IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA LITTLETON, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>OPTION ONE MORTGAGE CORPORATION; OPTION )<br>ONE MORTGAGE SERVICES, INC. and DOES 1-5, )<br>)<br>Defendants. )<br>) | No. 08 CV 2122<br><br>Judge Conlon<br>Magistrate Valdez |

NOTICE OF MOTION

TO:   See Attached Certificate of Service

    **PLEASE TAKE NOTICE** that on Thursday, May 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Conlon or any judge sitting in her stead in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1743 at the Everett McKinley Dirksen Courthouse, 219 S. Dearborn St., Chicago, Illinois 60604, and then and there present **Agreed Motion For Extension of Time For Option One Mortgage Corporation and Option One Mortgage Services, Inc. to Answer or Otherwise Respond to Plaintiff's Complaint,** a copy of which is attached hereto and hereby served upon you.

                                                      Respectfully submitted,

                                                      OPTION ONE MORTGAGE CORPORATION AND
                                                         OPTION ONE MORTGAGE SERVICES, INC.

                                                      By _____ /s/ *Stephen Todd Sipe* _____
                                                                One of Their Attorneys

Dianne E. Rist
S. Todd Sipe
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

2434728.01.02.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2008, a copy of the foregoing Notice of Motion was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Al Hofeld Jr.<br>
LAW OFFICES OF AL HOFELD JR,, LLC<br>
208 S. LaSalle Street, Suite #1650<br>
Chicago, Illinois 60604

/s/ Stephen Todd Sipe
S. Todd Sipe