# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2122 | **DATE** | 5/22/08 |
| **CASE TITLE** | BARBARA LITTLETON vs. OPTION ONE MORTGAGE CORPORATION, ET AL | | |

**DOCKET ENTRY TEXT**

Defendant Option One's agreed motion for extension of time ~~for Option One~~ to answer or otherwise respond to plaintiff's complaint is granted. Status hearing set on June 16, 2008 stands.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|