## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV2122      Assigned/Issued By: J. N.

Judge Name:      Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons     ☐ Alias Summons

☑ Third Party Summons     ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____
_____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Other

☐ Writ _____
*(Type of Writ)*

_____
_____
*(Type of issuance)*

_1_ Original and _0_ copies on _7-22-08_ as to ABSOLUTE TITLE SERVICES, INC.
                                 (Date)