Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2122 | **DATE** | 7/28/2008 |
| **CASE TITLE** | BARBARA LITTLETON vs. OPTION ONE MORTGAGE CORPORATION, ET AL | | |

**DOCKET ENTRY TEXT**

All parties not consenting to the transfer of this case to a magistrate judge, the scheduling order entered on June 16, 2008 stands.

*[signature: Suzanne B Conlon]*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|