# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Barbara Littleton

                               Plaintiff,

v.                                                        Case No.: 1:08–cv–02122
                                                          Honorable Suzanne B. Conlon

Option One Mortgage Corporation, et al.

                               Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable Maria Valdez:Settlement conference held on 8/6/2008. Settlement conference continued generally until Third–party enters an appearance in this case. Mailed notice(yp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.